# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LUIS VASQUEZ,

        Plaintiff,

    v.

JOHN NICKEL, JOSHUA FLETCHER, TYLER KMIECIK, CURT JANSSEN, ROBERT GUTJAHR and EMIL TONEY,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-724-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Pursuant to verdict of the jury, this case is dismissed with prejudice against all defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____12/2/08_____
Date